UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
ZARETSKY, IRENE                         §        Case No. 10-04624
                                        §
           Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/14/2011 in Courtroom 619,

United States Courthouse
219 S. Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____


*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ZARETSKY, IRENE § Case No. 10-04624
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 26,502.54 |
| and approved disbursements of | $ | 370.60 |
| leaving a balance on hand of[1] | $ | 26,131.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz | $ 3,332.68 | $ 0.00 | $ 3,332.68 |
| Attorney for Trustee Fees: Ira P. Goldberg | $ 10,292.00 | $ 0.00 | $ 10,292.00 |
| Attorney for Trustee Expenses: Ira P. Goldberg | $ 14.04 | $ 0.00 | $ 14.04 |
| Accountant for Trustee Fees: Lois West | $ 1,032.00 | $ 0.00 | $ 1,032.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 14,670.72 |
| Remaining Balance | | $ | 11,461.42 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,753.40 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 450.41 | $ 0.00 | $ 450.41 |
| 000002 | The Terrace at Turnberry | $ 10,302.99 | $ 0.00 | $ 10,302.99 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 10,753.40 |
| Remaining Balance | $ 708.02 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 31.89 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 675.95 .

      Prepared By: /s/Robert B. Katz

*Robert B. Katz*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-04624-JPC
Irene Zaretsky Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mrahmoun     Page 1 of 1     Date Rcvd: Mar 17, 2011
Form ID: pdf006     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2011.

```
db           Irene Zaretsky,    3984 Antelope Springs Rd.,    Northbrook, IL  60062
aty         +Ira P Goldberg,    DiMonte & Lizak, LLC,    216 Higgins Road,    Park Ridge, IL 60068-5706
aty         +Timothy C. Culbertson,    Law Offices of Timothy C. Culbertson,    540 West Colfax Street, Suite 2,
              Palatine, IL 60067-2530
tr          +Robert B Katz, ESQ,    Law Offices Of Robert B Katz,    53 West Jackson Blvd,    Suite 1320,
              Chicago, IL 60604-4174
15068927    +Blatt Hssenmailler,    125 S. Wacker Drive, Suite 400,    Chicago, IL 60606-4440
15432323     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15068928    +Citibank, NA,    P.O. Box 790110,    Saint Louis, MO 63179-0110
15068929    +Countrywide Home Loans,    P.O.. Box 650020,    Dallas, TX 75265-0020
15068930    +ETrade Bank,    CCC Consumer Services,    P.O. Box 747054,    Pittsburgh, PA 15274-7054
15068931    +IndyMac Bank,    P.O. Box 78826,    Phoenix, AZ 85062-8826
15606432    +The Terrace at Turnberry,    c/o Michael J Eisler Esq,    Straus & Eisler PA,
              2500 Weston Road Suite 213,    Weston FL 33331-3617
15068934    +The Terraces at Turnberry,    20191 E. Country Club Dr.,    Aventura, FL 33180-3012
15068935    +Washington Mutual,    P.O. Box 78065,    Phoenix, AZ 85062-8065
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15068933     JP Morgan/Chase
15244577     Wells Fargo Home Mortgage
15068932   ##+Irwin Home Equity,    P.O. Box 5101,    San Ramon, CA 94583-0701
                                                                                              TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2011**      **Signature:** *Joseph Speetjens*