UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ZARETSKY, IRENE § Case No. 10-04624
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                 . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Robert B. Katz_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| IRENE ZARETSKY | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank, NA P.O. Box 790110 Saint Louis, MO 63129 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Loans P.O.. Box 650020 Dallas, TX 75265 | | | | | |
| | ETrade Bank CCC Consumer Services P.O. Box 747054 Pittsburgh, PA 15274 | | | | | |
| | IndyMac Bank P.O. Box 78826 Phoenix, AZ 85062 | | | | | |
| | Irwin Home Equity P.O. Box 5101 San Ramon, CA 94583 | | | | | |
| | JP Morgan/Chase | | | | | |
| | The Terraces at Turnberry 20191 E. Country Club Dr. Aventura, FL 33180 | | | | | |
| | Washington Mutual P.O. Box 78065 Phoenix, AZ 85062 | | | | | |
| | Wells Fargo Home Mortgage | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES | | | | | |
| IRA P. GOLDBERG | | | | | |
| IRA P. GOLDBERG | | | | | |
| LOIS WEST | | | | | |
| ATTN: KIMBERLY CHAMBERLAIN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | THE TERRACE AT TURNBERRY | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | THE TERRACE AT TURNBERRY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-04624 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|---|
| Case Name: | ZARETSKY, IRENE | | | Date Filed (f) or Converted (c): | 02/08/10 (f) |
| | | | | 341(a) Meeting Date: | 03/17/10 |
| For Period Ending: | 11/03/11 | | | Claims Bar Date: | 06/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1904 S. Ocean Dr., No. 508 Hallandale, FL 33029 (I | 77,300.00 | 0.00 | | 0.00 | FA |
| 2. 3984 Antelope Springs Rd. Northbrook, IL 60067 (1/ | 280,000.00 | 26,500.00 | | 26,500.00 | FA |
| 3. 495 Randolph Ct. North Barrignton, IL 60010 (Inves | 0.00 | 0.00 | | 0.00 | FA |
| 4. 20191 E. Country Club Dr., No. 403 Aventura, FL 33 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account Chase Bank Northbrrok, IL | 800.00 | 0.00 | | 0.00 | FA |
| 6. 401(k) through employment | 60,000.00 | 0.00 | | 0.00 | FA |
| 7. '05 Toyota Camry Location: 3984 Antelope Springs R | 2,500.00 | 0.00 | | 0.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.08 | Unknown |
| TOTALS (Excluding Unknown Values) | $420,600.00 | $26,500.00 | | $26,503.08 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained counsel and sold Trustee's interest in debtor's real estate.

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 12/31/11

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.04e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-04624 -JPC | | Trustee Name: | Robert B. Katz |
| Case Name: | ZARETSKY, IRENE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2127  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6609 | | | |
| For Period Ending: | 11/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/30/10 | 2 | Alexander Presman | Per court order 8/30/10. | 1110-000 | 26,500.00 | | 26,500.00 |
| 10/08/10 | 000101 | Attn: Kimberly Chamberlain<br>Sergio & Banks<br>1655 N. Damen<br>Chicago, IL 60647 | Per Court Order 9/28/10 | 3711-000 | | 350.00 | 26,150.00 |
| 10/29/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.55 | | 26,150.55 |
| 11/30/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.65 | | 26,151.20 |
| 12/31/10 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.67 | | 26,151.87 |
| 01/31/11 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.67 | | 26,152.54 |
| 02/04/11 | 000102 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond # 016026455<br>Chapter 7 Blanket Bond Illinois | 2300-000 | | 20.60 | 26,131.94 |
| 02/28/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.20 | | 26,132.14 |
| 03/31/11 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.22 | | 26,132.36 |
| 04/18/11 | 8 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 26,132.48 |
| 04/18/11 | | Transfer to Acct #*******2211 | Final Posting Transfer | 9999-000 | | 26,132.48 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 26,503.08 | 26,503.08 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 26,132.48 | |
| Subtotal | 26,503.08 | 370.60 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 26,503.08 | 370.60 | |

Page Subtotals    26,503.08    26,503.08

Ver: 16.04e

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 10-04624 -JPC | Trustee Name: | Robert B. Katz |
|---|---|---|---|
| Case Name: | ZARETSKY, IRENE | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2211 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6609 | | |
| For Period Ending: | 11/03/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Note: column 7 is Account / CD Balance ($).

| Date | Check | Paid To / Received From | Description | Code | Deposits | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/18/11 | | Transfer from Acct #*******2127 | Transfer In From MMA Account | 9999-000 | 26,132.48 | | 26,132.48 |
| 04/18/11 | 000101 | ROBERT B. KATZ<br>53 W. Jackson<br>Suite 1320<br>Chicago, IL 60604 | Chapter 7 Compensation/Fees | 2100-000 | | 3,332.66 | 22,799.82 |
| 04/18/11 | 000102 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Attorney for Trustee Fees & Expense | | | 10,306.04 | 12,493.78 |
| | | | Fees         10,292.00 | 3210-000 | | | |
| | | | Expenses         14.04 | 3220-000 | | | |
| 04/18/11 | 000103 | Lois West<br>Popowcer Katten, LTD.<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Accountant for Trustee Fees (Other | 3410-000 | | 1,032.00 | 11,461.78 |
| 04/18/11 | 000104 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000001, Payment 100.29751% | | | 451.75 | 11,010.03 |
| | | | Claim         450.41 | 7100-000 | | | |
| | | | Interest         1.34 | 7990-000 | | | |
| 04/18/11 | 000105 | The Terrace at Turnberry<br>c/o Michael J Eisler Esq<br>Straus & Eisler PA<br>2500 Weston Road Suite 213<br>Weston FL 33331 | Claim 000002, Payment 100.29652% | | | 10,333.54 | 676.49 |
| | | | Claim         10,302.99 | 7100-000 | | | |
| | | | Interest         30.55 | 7990-000 | | | |

Page Subtotals   26,132.48   25,455.99

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-04624 -JPC | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|
| Case Name: | ZARETSKY, IRENE | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2211 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6609 | | | |
| For Period Ending: | 11/03/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/18/11 | 000106 | IRENE ZARETSKY<br>3984 ANTELOPE SPRINGS RD.<br>NORTHBROOK, IL 60062 | Surplus Funds | 8200-002 | | 676.49 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 26,132.48 | 26,132.48 | 0.00 |
| Less: Bank Transfers/CD's | 26,132.48 | 0.00 | |
| Subtotal | 0.00 | 26,132.48 | |
| Less: Payments to Debtors | | 676.49 | |
| Net | 0.00 | 25,455.99 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********2127 | 26,503.08 | 370.60 | 0.00 |
| Checking Account (Non-Interest Earn - ********2211 | 0.00 | 25,455.99 | 0.00 |
| | 26,503.08 | 25,826.59 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ Robert B. Katz  Date: 11/03/11
ROBERT B. KATZ

Page Subtotals   0.00   676.49

Ver: 16.04e

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*